IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FREDERICK A. TATE,** *AIS # 00207330*, | ) ) ) |
| **Petitioner,** | ) ) |
| v. | ) **CIVIL ACTION NO. 1:23-00090-KD-N** ) |
| **ANTONIO McCLAIN,** *Correctional Warden III*, *Bullock Correctional Facility*, *Alabama Department of Corrections*, | ) ) ) ) ) ) |
| **Respondent.** | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc# 7) entered January 16, 2026, under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner **FREDERICK A. TATE**'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc# 1) is **DENIED** and **DISMISSED with prejudice**, and that Tate is not entitled to a Certificate of Appealability in relation to this final adverse order.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58. **DONE and ORDERED** this the **12th** day of **February 2026.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**